IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DONALD COE, et al., <br> Individually and on behalf of all <br> others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CROSS-LINES RETIREMENT <br> CENTER, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.     2:22-cv-02047-TC-ADM <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Jeffrey M. Lipman be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I, or an attorney with my firm licensed in this Court, will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

*/s/ Mark W. Schmitz*
**BELL LAW, LLC**
Bryce B. Bell         KS#20866
Mark W. Schmitz    KS#27538
Andrew Taylor      KS#28542
Jenilee V. Zentrich   KS#29098
2600 Grand Blvd., Ste. 580
Kansas City, Missouri 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com
MS@BellLawKC.com
AT@BellLawKC.com
JZ@BellLawKC.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed with the Court's CM/ECF e-Filing system on June 1, 2022, and thereby served upon all attorneys of record.

*/s/ Mark W. Schmitz*