IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DONALD COE, LINDA SMITH, and )
EDWARD YOST, on behalf of themselves )
and others similarly situated, )
)
    Plaintiffs, )
)
v. ) Case No. 22-CV-2047-EFM-ADM
)
CROSS-LINES RETIREMENT )
CENTER, INC. and YOUNG )
MANAGEMENT CORP., )
)
    Defendants. )

**COMBINED INDEX OF EXHIBITS TO
PLAINTIFFS' MOTION FOR FINAL APPROVAL AND
MOTION FOR REIMBURSEMENT OF LITIGATION EXPENSES, AWARD OF
ATTORNEYS' FEES, AND SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Bryce B. Bell + Exhibit A (Class Counsel expenses) |
| 2 | Declaration of Jenilee V. Zentrich |
| 3 | Declaration of Jeffrey M. Lipman |
| 4 | Declaration of Gina Chiala & Amy Sweeny Davis |
| 5 | Declaration of Christopher Leung + Exhibits A (Long Form Notice) and B (Supplemental Notice) |
| 6 | Declaration of Travis Aggson |
| 7 | Executed Settlement Agreement + Schedule A |

Respectfully submitted,

*/s/ Jenilee V. Zentrich*
BELL LAW, LLC
Bryce B. Bell          KS#20866
Jenilee V. Zentrich    KS#29098
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com
JZ@BellLawKC.com

HEARTLAND CENTER
FOR JOBS AND FREEDOM
Gina Chiala           (*pro hac vice*)
Amy Sweeny Davis      (*pro hac vice*)
4120 A. Baltimore
Kansas City, Missouri 64111
ginachiala@jobsandfreedom.org
amysweenydavis@jobsandfreedom.org

**LIPMAN LAW FIRM, P.C.**
Jeffrey M. Lipman     (*pro hac vice*)
1454 30th St., Suite 205
West Des Moines, Iowa 50266
T: 515-276-3411
F: 515-276-3736
jeff@lipmanlawfirm.com

*Attorneys for Plaintiff and Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 18, 2024, the above was electronically filed with the Clerk of the Court using the CM/ECF e-Filing system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jenilee V. Zentrich*